*In re* EDUARDO MORALES SOTO.

*Número:* CP-91-699          *Resuelto:* 3 de marzo de 1995

*Eduardo Morales Soto, pro se.*

## RESOLUCIÓN

Habiéndose cumplido el año de suspensión que decretamos, mediante Sentencia de 21 de enero de 1994, se reinstala al Lcdo. Eduardo Morales Soto a la práctica de la abogacía.

El Director de la Oficina de Inspección de Notarías tendrá un término de treinta (30) días para informar al Tribunal el resultado del "examen" de la obra notarial del Lcdo. Eduardo Morales Soto, luego de lo cual el Tribunal dispondrá al respecto.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General. La Juez Asociada Señora Naveira de Rodón no intervino.

(Fdo.) Francisco R. Agrait Lladó
*Secretario General*